EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Comité para el Estudio de la Asignación de Abogados y Abogadas de Oficio | 2004 TSPR 7<br><br>160 DPR \_\_\_\_ |

Número del Caso: EN-2004-1


Fecha: 28 de enero de 2004


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Comité para el Estudio de la Asignación de Abogados y Abogadas de Oficio | EN-2004-1 | Sustitución del Presidente del Colegio de Abogados como Miembro del Comité |

RESOLUCIÓN

San Juan, Puerto Rico, a 28 de enero de 2004.

Se enmienda la Resolución EM-2002-4 del Tribunal Supremo de 30 de septiembre de 2002 a los efectos de sustituir al Lcdo. Arturo Luis Dávila Toro, quien renunció a la Presidencia del Colegio de Abogados de Puerto Rico, por el Lcdo. Carlos Mondríguez Torres, actual Presidente de dicho Colegio, en virtud de que la designación del Presidente del Colegio de Abogados en el Comité para el Estudio de la Asignación de Abogados y Abogadas de Oficio es en carácter de oficio.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo